

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

January 3, 2020

File No. 25472.61

MEMO ENDORSED

**VIA ECF**
Hon. Ronnie Abrams
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/20

    Re:    *Han v. Kuni's Corp. et al*
              *SDNY 19-cv-06265-RA*

Dear Judge Abrams:

    I represent defendant Kuni's Corporation. I write to request that the Court adjourn the initial conference scheduled for January 10, 2020 at 2:45 pm and also adjourn accordingly the due date for the parties' joint letter. I have sought the consent to this application from my adversaries, who have kindly consented. The basis for this application is that I will be in Los Angeles on business on January 10. If necessary I can send a colleague to cover the conference, but I would prefer that I attend the conference as I am lead counsel for my client in order to comply with Your Honor's Individual Rule 2(A). This is the first request to adjourn the conference.

    Counsel's available dates for the conference are January 27, 28, 39 and 30 and February 3, 4, 5, 6 and 7.

    Thank you for your attention to this matter.

                                  Respectfully,

                                  *Peter T. Shapiro*

                                  Peter T. Shapiro of
                                  LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    All counsel of record (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • WASHINGTON • WEST VIRGINIA
4830-7244-6896.1

Enclosures

> Application granted. The initial status conference scheduled for January 10, 2020 is hereby adjourned to February 7, 2020 at 2:00 p.m. The parties' joint letter and proposed case management plan shall be filed no later than January 31, 2020.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> 1/6/2020