```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7-13-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUHUA HAN,

                Plaintiff,

      v.

KUNI'S CORPORATION *doing business as* IKINARI STEAK USA AND PEPPER FOOD SERVICE CO. LTD.,

                Defendants.

No. 19-CV-6265 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Defendant Kuni's Corporation has filed a Notice of Suggestion on Pendency of Bankruptcy and Automatic Stay of Proceedings. *See* Dkt. 46. Accordingly, this action is hereby stayed pending the bankruptcy proceedings. Defendant Kuni's shall file a letter no later than September 14, 2020 updating the Court as to the status of those proceedings.

SO ORDERED.

Dated:    July 13, 2020
            New York, New York

                                        Ronnie Abrams
                                        United States District Judge