USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-22-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUHUA HAN,

                Plaintiff,

    v.

KUNI'S CORPORATION *doing business as* IKINARI STEAK USA AND PEPPER FOOD SERVICE CO. LTD.,

                Defendants.

No. 19-CV-6265 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On July 10, 2020, Defendant Kuni's Corporation filed a Notice of Suggestion on Pendency of Bankruptcy and Automatic Stay of Proceedings. Dkt. 46. On July 13, 2020, the Court stayed this action pending the bankruptcy proceedings, and ordered Defendant Kuni's to file a letter updating the Court as to the status of those proceedings no later than September 14, 2020. Dkt. 47. To date, Defendant Kuni's has not done so. No later than September 28, 2020, Defendant Kuni's shall file a letter updating the Court as to the status of the bankruptcy proceedings.

SO ORDERED.

Dated:    September 22, 2020
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge