UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUHUA HAN,

                Plaintiff,

        v.

KUNI'S CORPORATION *doing business as* IKINARI STEAK USA AND PEPPER FOOD SERVICE CO. LTD.,

                Defendants.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/4/2021
```

19-CV-6265 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the stay of this action pending the bankruptcy proceedings, *see* Dkt. 47, the post-discovery conference scheduled for Friday, January 8, 2021 is adjourned *sine die*.

SO ORDERED.

Dated:    January 4, 2021
           New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge