USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUHUA HAN,

                Plaintiff,

v.

KUNI'S CORPORATION *doing business as* IKINARI STEAK USA AND PEPPER FOOD SERVICE CO. LTD.,

                Defendants.

No. 19-CV-6265 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On July 13, 2020, the Court stayed this action pending the ongoing bankruptcy proceedings. On September 23, 2020, Defendant Kuni's Corporation advised the Court that the liquidation of the company was proceeding. No later than February 8, 2022, Defendant Kuni's Corporation shall file a letter updating the Court as to the status of the bankruptcy proceedings and whether liquidation has been completed.

SO ORDERED.

Dated:     January 25, 2022
           New York, New York

                                                Ronnie Abrams
                                                United States District Judge