UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

| | |
|---|---|
| JUHUA HAN, | |
| Plaintiff, | No. 19-CV-6265 (RA) |
| v. | <u>ORDER</u> |
| KUNI'S CORPORATION *doing business as* IKINARI STEAK USA, | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

The Court stayed this action pending bankruptcy proceedings on July 13, 2020, and on February 2, 2022, the Court ordered Defendant Kuni's Corporation to file a status letter within one week of the completion of the liquidation. No such letter has been filed to date. By January 24, 2023, Defendant shall file a letter updating the Court as to whether liquidation has been completed.

SO ORDERED.

Dated:     January 17, 2023
           New York, New York

_____
Ronnie Abrams
United States District Judge